**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X          Chapter 13
**IN RE:**


JOSEPH TRIPI                                                          Case No.
PATRICIA TRIPI


                              **Debtor(s)**                   **CHAPTER 13 PLAN**
-----------------------------------------------------X

1.      The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

      $1,151.00 commencing January, 2011 through December 2015 for a period of 60 months.

2.      From the payments so received, the trustee shall make disbursements as follows:

      (a)   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
      (b)   Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows: Robert Nadel Esq. to receive $500.00 for unpaid legal fees.

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S)**

OCWEN MORTGAGE: ( mortgage against 130-44 117th Street, South Ozone Park, NY 11420; account number xxxx8196)   DEBTOR IS CURRENT WITH THIS ACCOUNT


      ( c)   Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim with unsecured creditors to receive not less than 100% over the life of the plan.**

3.      All lease agreements are hereby assumed, unless specifically rejected as follows:
      _____

4      During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2( c), <u>less than one hundred percent (100%),</u> the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the court.

/s/__Joseph Tripi_____
Debtor

/s/___Patricia Tripi_____
Debtor

Dated:   11/17/10                              /s/ Robert Nadel
                                               Attorney for Debtor(s)